Signed and Filed: August 11, 2014

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL APC
411 Borel Ave., Suite 210
San Mateo, California 94402
Telephone:  (415) 513-5980
Facsimile:  (415) 513-5985

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**JOHN STEVEN METHENY**<br><br>Debtor(s).<br><br>SSN: XXXX-XX-4772 | Case No. 14-30462 DM 7<br><br>Chapter 7<br><br>Date:<br>Time:<br>Place:  Courtroom: 22<br>  235 Pine Street, 22nd Fl.<br>  San Francisco, CA<br>Judge: The Honorable Dennis Montali |

### ORDER CONVERTING CASE TO CHAPTER 13

On July 21, 2014, the above-captioned Debtor moved to convert the above-captioned case to Chapter 13.  Service on the creditor matrix was completed July 23, 2014.  Pursuant to B.L.R. 1017-1 (b), the time to respond was 14 days from the date of service.  Notice and service being proper, no parties having responded within the time provided under B.L.R. 1017-1 (b), good cause appearing, the Motion to Convert Case to Chapter 13 is GRANTED.

IT IS SO ORDERED.

* * * END OF ORDER * * *

-1-

ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | John Steven Metheny<br>PO Box 470594<br>San Francisco, CA 94147 |
| 3 | |
| 4 | David Burchard<br>Chapter 13 Trustee<br>PO Box 8059 |
| 5 | Foster City, CA 94404 |
| 6 | JL Beverage Company LLC |
| 7 | c/o George L. Hampton IV<br>Colin C. Holley<br>Hampton Holley LLP |
| 8 | 2101 East Coast Highway Suite 260<br>Corona Del Mar, C A92625 |
| 9 | |
| 10 | JL Beverage Company, L.L.C.<br>c/o Laughlin Associates, Inc.<br>Registered Agent |
| 11 | 9120 Double Diamond Pkwy<br>Reno, NV 89521 |

-2-

ORDER