# Notice Recipients

District/Off: 0971−3         User: awong              Date Created: 8/28/2014
Case: 14−30462               Form ID: pdfpln          Total: 36

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr      David Burchard     TESTECF@burchardtrustee.com
aty     Liat Blum     lblum@taxexit.com
aty     Matthew D. Metzger     mmetzger@belvederelegal.com

                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          John Steven Metheny     PO Box 470594     San Francisco, CA 94147
smg         Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacramento, CA 94230
smg         CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
smg         CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812−2952
13642596    Allianceone Receivables Mgmnt Inc     6565 Kimball Dr Suite 200     Gig Harbor, WA 98335
13642598    Capitol One Bank     PO Box 30281     Salt Lake City, UT 84130−0281
13642597    Capitol One Bank     PO Box 4199     Houston, TX 77210−4199
13642599    City of Los Angles     PO Box 30420     Los Angeles, CA 90030−0420
13642600    City of Menlo Park     PO Box 9003     Redwood City, CA 94065−9003
13642601    County of San Francisco     400 S Van Ness Ave     San Francisco, CA 94103
13642602    Credify Receivables Inc.     3715 Davinci Ct., St. 200     Norcross, GA 30092
13642603    Credit One Bank, N.A.     585 Pilot Road     Las Vegas, NV 89119
13642604    Franchise Tax Board     Bankruptcy Unit     P. O. Box 2952     Sacramento, CA 95812−2952
13642605    Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
13642608    JL Beverage Company, LLC     Thomas J. Diab     1111 Mary Crest Rd., Suite N     Henderson, NV 89074
13642609    JL Beverage Company, LLC     c/o Laughlin Associates, Inc.     9120 Double Diamond Pkwy     Reno, NV 89521
13642606    Jefferson Capital Systems, LLC     16 McLeland Road     Saint Cloud, MN 56303
13642607    Jeremy T. Katz     HamptonHolley LLP     2101 E. Coast Highway, Suite 260     Corona Del Mar, CA 92625
13642610    LDC Collection Systems     PO Box 7684     San Francisco, CA 94120−7684
13642611    Manhattan Beach Processing Ctr     PO Box 467     Tustin, CA 92781−0467
13642612    Marin Parking Authority     PO Box 10479     Newport Beach, CA 92658−0479
13642613    Midland Credit Management     8875 Aero Drive, Suite 200     San Diego, CA 90060
13642614    Municipal Services Bureau     8325 Tuscany Way Building 4     Austin, TX 78756−4734
13642615    Parking Violation Bureau     PO Box 515213     Los Angeles, CA 90051−6513
13642616    Portfolio Recovery Associates     Riverside Commerce Center     120 Corporate Blvd. Ste 100     Norfolk, VA 23502−4962
13642617    Reno Justice     PO Box 11130     Reno, NV 89520
13642618    SFMTA     1 South Van Ness     8th Floor     San Francisco, CA 94103
13642619    SFMTA     PO Box 649007     San Francisco, CA 94164−9007
13642620    State Board of Equalization     State of California     Account &Analysis &Control Section,     MIC: 29, PO Box 942879     Sacramento, CA 94279−0029
13642621    Stoneleigh Recovery Associates LLC     PO Box 1479     Lombard, IL 60148−8479
13642622    Wells Fargo     PO Box 5445     Portland, OR 97228
13642623    Wells Fargo Bank, N.A.     101 N. Phillips Ave.     Sioux Falls, SD 57104

                                                                TOTAL: 32