# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: awong | Date Created: 8/28/2014 | |
| Case: 14−30462 | Form ID: B9I | Total: 36 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | John Steven Metheny | PO Box 470594 | San Francisco, CA 94147 | | |
| ust | Office of the U.S. Trustee / SF | Office of the U.S. Trustee | 235 Pine St | Suite 700 | San Francisco, CA 94104 |
| tr | David Burchard | 393 Vintage Park Drive | Suite 150 | Foster City, CA 94404 | |
| aty | Liat Blum | Law Offices of Robert Goldstein | 100 Bush St. #501 | San Francisco, CA 94104 | |
| aty | Matthew D. Metzger | Belvedere Legal, APC | 1777 Borel Pl. #314 | San Mateo, CA 94402 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacrament, CA 94230 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| 13642596 | Allianceone Receivables Mgmnt Inc | 6565 Kimball Dr Suite 200 | Gig Harbor, WA 98335 | | |
| 13642598 | Capitol One Bank | PO Box 30281 | Salt Lake City, UT 84130−0281 | | |
| 13642597 | Capitol One Bank | PO Box 4199 | Houston, TX 77210−4199 | | |
| 13642599 | City of Los Angles | PO Box 30420 | Los Angeles, CA 90030−0420 | | |
| 13642600 | City of Menlo Park | PO Box 9003 | Redwood City, CA 94065−9003 | | |
| 13642601 | County of San Francisco | 400 S Van Ness Ave | San Francisco, CA 94103 | | |
| 13642602 | Credify Receivables Inc. | 3715 Davinci Ct., St. 200 | Norcross, GA 30092 | | |
| 13642603 | Credit One Bank, N.A. | 585 Pilot Road | Las Vegas, NV 89119 | | |
| 13642604 | Franchise Tax Board | Bankruptcy Unit | P. O. Box 2952 | Sacramento, CA 95812−2952 | |
| 13642605 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | | |
| 13642608 | JL Beverage Company, LLC | Thomas J. Diab | 1111 Mary Crest Rd., Suite N | Henderson, NV 89074 | |
| 13642609 | JL Beverage Company, LLC | c/o Laughlin Associates, Inc. | 9120 Double Diamond Pkwy | Reno, NV 89521 | |
| 13642606 | Jefferson Capital Systems, LLC | 16 McLeland Road | Saint Cloud, MN 56303 | | |
| 13642607 | Jeremy T. Katz | HamptonHolley LLP | 2101 E. Coast Highway, Suite 260 | Corona Del Mar, CA 92625 | |
| 13642610 | LDC Collection Systems | PO Box 7684 | San Francisco, CA 94120−7684 | | |
| 13642611 | Manhattan Beach Processing Ctr | PO Box 467 | Tustin, CA 92781−0467 | | |
| 13642612 | Marin Parking Authority | PO Box 10479 | Newport Beach, CA 92658−0479 | | |
| 13642613 | Midland Credit Management | 8875 Aero Drive, Suite 200 | San Diego, CA 90060 | | |
| 13642614 | Municipal Services Bureau | 8325 Tuscany Way Building 4 | Austin, TX 78756−4734 | | |
| 13642615 | Parking Violation Bureau | PO Box 515213 | Los Angeles, CA 90051−6513 | | |
| 13642616 | Portfolio Recovery Associates | Riverside Commerce Center | 120 Corporate Blvd. Ste 100 | Norfolk, VA 23502−4962 | |
| 13642617 | Reno Justice | PO Box 11130 | Reno, NV 89520 | | |
| 13642618 | SFMTA | 1 South Van Ness | 8th Floor | San Francisco, CA 94103 | |
| 13642619 | SFMTA | PO Box 649007 | San Francisco, CA 94164−9007 | | |
| 13642620 | State Board of Equalization | State of California | Account &Analysis &Control Section, | MIC: 29, PO Box 942879 | Sacramento, CA 94279−0029 |
| 13642621 | Stoneleigh Recovery Associates LLC | PO Box 1479 | Lombard, IL 60148−8479 | | |
| 13642622 | Wells Fargo | PO Box 5445 | Portland, OR 97228 | | |
| 13642623 | Wells Fargo Bank, N.A. | 101 N. Phillips Ave. | Sioux Falls, SD 57104 | | |

TOTAL: 36